ANDREW J. NELLIS, Respondent, v. EDWARD DUSSAULT, Appellant.— Judgment and order reversed on the ground that various errors were made by the trial judge in excluding evidence offered by the respondent, particularly evidence tending to establish that the contract signed was not the contract agreed upon, and that the defendant was fraudulently induced to sign same; and new trial granted, with

costs to the appellant to abide the event. Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ., concur.